JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. SACV14-00325 AG (DFMx) |
| Plaintiff, | |
| v. | Order re: Joint Stipulation for Dismissal |
| McD SJC, Inc. dba McDonald's #2615; McDonald's Corporation, | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant McD SJC, Inc.,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: April 23, 2014

United States District Judge
Andrew J Guilford